IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00877-PSF

HOLEY SOLES HOLDINGS, LTD,

    Plaintiff,

v.

FOAM CREATIONS, INC.; and
CROCS, INC.,

    Defendants.

## ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING CASE

This matter is before the Court pursuant to its Order to Show Cause, entered on May 22, 2006, directing the parties to show cause why this case should not be stayed and administratively closed pending completion of the proceeding between these parties before the International Trade Commission.

Defendants Crocs, Inc., and Foam Creations, Inc., filed a response to the Show cause Order on May 22, 2006 (Dkt. # 11). They state that with the stipulation of plaintiff Holey Shoes Holding, Ltd ("Holey Soles") this case should be consolidated with Civil Action No. 06-cv-00605 -PSF-BNB, an action in which Crocs, Inc. is seeking relief for alleged patent infringement against numerous defendants, including the plaintiff in the instant case, Holey Shoes Holding, Ltd ("Holey Soles"), and as this Court entered an order on May 16, 2006 in Civil Action No. 06-cv-00605-PSF-BNB staying and administratively closing that case pursuant to the parties' stipulation that under

28 U.S.C. § 1659, the commencement of a proceeding between these parties before the United States International Trade Commission mandated a stay of the case, so this case too should be stayed.

The Court agrees with the arguments of defendants that this case should be stayed pending conclusion of the proceeding before the International Trade Commission, and that this case too should be administratively closed.

Accordingly, the Clerk of the Court is hereby DIRECTED to close this case administratively pursuant to D.C.Colo.LCivR 41.2, subject to possible reopening by the Court upon motion by a party having shown good cause. The request that this case be consolidated with Civil Action No. 06-cv-00605-PSF-BNB (D. Colo.) is DENIED without prejudice to be revisited in the event of the reopening of these cases.

DATED: May 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge