IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-877-PSF-CBS

HOLEY SOLES HOLDING, LTD.,

    Plaintiff,

v.

FOAM CREATIONS, INC., and
CROCS, INC.,

    Defendants.

_____

**ORDER**
_____

    Matt Stump's Notice of Withdrawal as Counsel is treated by the Court as a Motion to Withdrawal under D.C.COLO.LCiv. 83.3D.   It is therefore

    ORDERED that Matt Stump's Motion to Withdrawal (Dkt. 14) is GRANTED. Matt Stumps is permitted to withdraw as counsel for Defendants Crocs, Inc. and Foam Creations, Inc., effective immediately.  Natalie Hanlon-Leh shall continue to represent Defendants Crocs, Inc. and Foam Creations, Inc.

    DATED: August 17, 2006.

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge